AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Darious Phillips<br><br>*Defendant(s)* | Case: 1:25-mj-00164<br>Assigned To: Judge Harvey, G. Michael<br>Assign. Date: 8/23/2025<br>Description: COMPLAINT W/ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of   August 21, 2025   in the county of _____ in the _____ District of   Columbia  , the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g)(1) | (Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year) |

This criminal complaint is based on these facts:
SEE ATTACHED STATEMENT OF FACTS.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Ryan Azmoudeh, HSI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on August 23, 2025.

Date:   08/23/2025                     _____
*Judge's signature*

City and state:   Washington, D.C.       G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*